No. 02–7886. CASSIDY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–7887. CHAVEZ-GUIDO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7888. SANTANA CONCHA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–7889. AVILES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–7890. COPELAND *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–7891. POOLE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–7892. MODENA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–7893. PEREZ-MENDOZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7894. PELAYO-JIMINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7895. OGROD, AKA PERSONS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–7898. MARRERO ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–7900. KENDRICKS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7902. PETTY *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 02–7911. REYES-MAYA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7912. QUINONES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7917. VASQUEZ-MORALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.